IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRACI GOCHETT )
)
v. ) NO. 3-16-1844
) JUDGE TRAUGER
MILLER HELPERS INC. d/b/a )
SENIOR HELPERS, et al. )

ORDER

Pending before the Court is Defendants' Renewed Partial Motion to Dismiss (Docket No. 31). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED, and Plaintiff's claims under 42 U.S.C. § 1985(2) are DISMISSED.

IT IS SO ORDERED.

_____
ALETA A. ARTHUR
UNITED STATES DISTRICT JUDGE